UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

DAMOR HILL,

    Plaintiff,

v.

JAMES YATES, et. al.,

    Defendants.

No. C 13-3761 NJV (PR)

**ORDER OF TRANSFER**

This is a civil rights case brought pro se by a state prisoner. Plaintiff describes improper medical care at Pleasant Valley State Prison which lies within the venue of the Eastern District of California and then a transfer to California Men's Colony which lies within the venue of the Central District of California. The named defendants are employed by Pleasant Valley State Prison in the Eastern District of California. Venue, therefore, properly lies in that district and not in this one. *See* 28 U.S.C. § 1391(b).

This case is **TRANSFERRED** to the United States District Court for the Eastern District of California. *See* 28 U.S.C. § 1406(a). In view of the transfer, the court will not rule upon plaintiff's request for leave to proceed in forma pauperis.

**IT IS SO ORDERED.**

Dated: August 20, 2013.

NANDOR J. VADAS
United States Magistrate Judge

G:\PRO-SE\NJV\CR.13\Hill3761.trn