**United States District Court**
For the Northern District of California

1
2
3            IN THE UNITED STATES DISTRICT COURT
4
5            FOR THE NORTHERN DISTRICT OF CALIFORNIA
6                        EUREKA DIVISION
7
8  DAMOR HILL,                                    No.1:13-C-03761 NJV
9           Plaintiff,                            **CERTIFICATE OF SERVICE**
10 v.
11 JAMES YATES, et al,
12           Defendants.                    /
13
14     I, the undersigned, hereby certify that on August 20, 2013, I served a true and correct copy of
15 Docket No. 5 by placing said copy in a postage paid envelope addressed to the person(s) listed
16 below, by depositing said envelope in the U.S. Mail.
17
18 Damor Hill
   P-70320
19 CSP Solano
   P.O. Box 4000
20 Vacaville, CA 95696
21
22
23 Dated:  August 20, 2013
24
                       /s/   *Linn Van Meter*
25                         Linn Van Meter
                     Administrative Law Clerk to the
26                    Honorable Nandor J. Vadas
27
28