# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAMOR HILL,<br><br>          Plaintiff,<br><br>     v.<br><br>JAMES A. YATES, et al.,<br><br>          Defendants.<br>_____/ | Case No. 1:13-cv-01618-AWI-SKO (PC)<br><br>ORDER STRIKING AMENDED COMPLAINT AND DIRECTING CLERK'S OFFICE TO SEND COURTESY COPY OF ORDER TO PLAINTIFF<br><br>(Doc. 22) |

Plaintiff Damor Hill, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on August 13, 2013. On August 18, 2014, Plaintiff filed an amended complaint in compliance with the screening order filed on May 9, 2014. (Doc. 22.) However, Plaintiff is now represented by counsel, and all filings must submitted to the Court by and through counsel. (Doc. 21.)

Accordingly, Plaintiff's amended complaint is HEREBY ORDERED STRICKEN from the record, and in addition to service on Plaintiff's counsel, the Clerk's Office shall serve a courtesy copy of this order on Damor Hill, #P-70302, at California State Prison-Solano.

IT IS SO ORDERED.

Dated:   **August 19, 2014**                                /s/ Sheila K. Oberto
                                                             UNITED STATES MAGISTRATE JUDGE